WENDE CORRECTIONAL FACILITY
P.O. BOX 1187
ALDEN, NEW YORK 14004-1187

HON. DAVID R. HOMER - U.S.M.J.                                    MARCH 11, 2002
NORTHERN FEDERAL DISTRICT COURT
P.O. BOX 7367                                                     VILANTE V VANDYKE
100 SOUTH CLINTON STREET                                          99-CV-830 (DRH)(LEK)
SYRACUSE, NEW YORK 13261-7367

U.S. DISTRICT COURT — N.D. OF N.Y.
FILED
MAR 13 2002
AT ___ O'CLOCK ___
Lawrence K. Baerman, Clerk — Syracuse

DEAR JUSTICE HOMER, I IMMENSLY OPPOSE MR. KINSEYS REQUEST TO PUT IN ANOTHER SUMMARY JUDGEMENT MOTION BASED ON THE EXHAUSTION ISSUE.

MR. KINSEY HAS NO LEGAL RECOURSE IN ANOTHER SUMMARY JUDGEMENT AND THE COURT SHOULD NOT LET HIM RESOLVE THIS ISSUE IN THIS FORUM.
 William v Joliet Correctional Medical Unit. 2000 WL 152134 (N.D. Ill FEB 4, 2000)
 Orange v Strain WL 158328 (E.D. LA FEB 10, 2000)
 Howard v Goord 1999 WL 1288679 at *3 (S.D.N.Y. DEC 28, 1999)

DEFENDANTS HAS LOST THE RIGHT TO RAISE THE EXHAUSTION DEFENSE BECAUSE PLAINTIFF DIDN'T REVIVE THEIR RIGHT TO DO SO.
 Massey v Helman 196 F3d 727

THE DEFENDANTS HAD PLENTY OF OPPORTUNITY TO ADDRESS THIS ISSUE FOLLOWING THE COMMENCEMENT OF THIS ACTION. THE DEFENDANTS HAVE OBTAINED A PARTIAL SUMMARY JUDGEMENT, A CONFERENCE WAS HELD, ASSIGNMENT OF COUNSEL ORDERED TO PROCEED TO TRIAL. NOW THE DEFENDANTS WANTS TO STOP PROCEDURES TO ADDRESS AN ERROR OF OPPORTUNITY! THIS HONORABLE COURT SHOULD NOT PERMIT IT. THIS HONORABLE COURT HAS THE OPTION TO WAVE THE DEFENDANTS DEFENSE OF EXHAUSTION BECAUSE THEY DELAYED TOO LONG IN RAISING THE ISSUE.
 Orange v Strain 2000 WL 158328 (E.D. LA FEB 10, 2000)
 William v Illinois Dept of Corrections 1999 WL 1068669 at *3-4 (N.D. Ill 11/17/99)

THE FACTS OF THIS CASE DEMONSTRATE THAT THE PLAINTIFF HAD NO REMEDIES TO EXHAUST.

BAKER VS HALLOCK 1998 WL 209447 holding that a prisoner whose grievance was time barred at the time of suit had no available remedy.

HATTIE V HALLOCK 16 F. Supp 2d 834, 837 suggesting in dictum that federal claims should not be barred because of prisoners' untimely filing of a grievance.

Incident occurred on the nite of 12-22-98 and went into the morning of 12-23-99. Plaintiff sustained sever injuries that incapaciated him physically, mentally and emotionally. Plaintiff was on medication and sustained bundled back injuries compounded on a cronic back disorder, creating immobility. Plaintiff could not talk because his tongue was stiched together. Plaintiff was placed in the facility hospital, in an isolated room under protective custody status. Plaintiff on or about Jan 4, 5 or 6 was moved to a special housing unit called the "box". On the morning of Jan 7. Plaintiff was transfered to Cayuga C.F.

In accordance with Directive 4040 Inmate Grievance Procedure. A grievance may be submitted 14 days after incident. and there are no provisions for extensions of time to submit. From the date of incident to the date of transfer, was give or take 15 days. In accordance with this directive a grievance that occurs at another facility is moot, because you are no longer there for it to effect you. Plaintiff had no recourse in view of his extenuating circumstance.

GRAVES V DE TELLA 1998 WL 196459 (N.D. Ill 4-17-98) Refusing to dismiss where prisoner had tried and failed to exhaust and had then been transfered making remedy unavailable, as of time of suit.

Mr Kinseys request should be denied because as demonstrated U.S.S.C. Porter v Nussle has no merit toward this action.

Thank you for your concern and consideration.

Respectfully

Dean J Villante

CC ADA R Kinsey
    DJV/file

*State of New York – Department of Correctional Services*

*Wende Correctional Facility*

INMATE RECORDS OFFICE

# Memorandum

**To:**     VILLANTE, Dean (92A3786)  C 15/2
**From:**   Dawn Phenes, Inmate Records Coordinator II  *DP/ws*
**Date:**   01/22/01
**Re:**     Your Request

---

| | |
|---|---|
| Downstate | 5/6/92-6/20/92 |
| Elmira | 6/20/92-8/28/92 |
| Wende | 8/31/92-5/21/93 |
| Attica | 5/21/93-7/18/94 |
| Shawangunk | 7/19/94-2/16/95 |
| Woodbourne | 2/16/95-10/6/98 |
| Oneida | 10/7/98-11/25/98 |
| Marcy | 11/25/98-1/7/99 |
| Cayuga | 1/7/99-2/26/99 |
| Collins | 3/1/99-7/28/00 |
| Wende | 7/28/00-Present |

ws

c:    File