

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

*Revised JOB 4/10/02*



**ELIOT SPITZER**
Attorney General

Writer Direct: (518) 473-6288
March 5, 2002



Hon. David R. Homer
United States District Court
C/O Inmate Litigation
P.O. Box 7367
100 South Clinton Street
Syracuse, New York 13261-7367

**U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

APR 10 2002

LAWRENCE K. BAERMAN, CLERK
ALBANY**

Re:  *Villante v VanDyke*
 Northern District of New York
 99-CV-830 (LEK)(DRH)

Dear Judge Homer:

 In light of the recent decision by the United States Supreme Court in *Porter v. Nussle,* 2002 U.S. Lexis 1373, February 26, 2002 ( a copy attached hereto for the convenience of the court), which requires exhaustion of all inmate claims and represents a change in the law in this Circuit, defendants herein respectfully request leave to make a summary judgment motion in the above action on the exhaustion issue. A review of the file indicates that plaintiff failed to exhaust administrative remedies.

 Thank you very much for your consideration of this matter.

Granted: ✓
Denied: _____

**IT IS SO ORDERED**

Albany, New York
Dated: 4-9-02

*Lawrence E. Kahn*
United States District Judge

Respectfully yours,

*Roger W. Kinsey*
Roger W. Kinsey
Assistant Attorney General
Bar Roll No. 508171

Enclosure